█ CHARLES HEIT, Appellant, v. HERBERT M. ALEXANDER et al., Defendants, and SIMON & SCHUSTER, INC. (Formerly Known as POCKET BOOKS, INC.), Respondent.— Order entered September 29, 1966, directing the posting of security, unanimously modified, in the exercise of discretion, to the extent of requiring that such security be furnished within 40 days after service of a copy of the order herein, with notice of entry and, as so modified, affirmed, with $50 costs and disbursements to the respondent. Concur — Stevens, J. P., Steuer, Rabin and McNally, JJ.

█ IRENE ROBBINS, Respondent, v. ELLIOT ROBBINS, Appellant.— Order entered November 23, 1966, awarding plaintiff judgment in the sum of $5,534 against defendant-appellant for support and alimony arrears, and other relief, unanimously modified, on the law and facts, and in the exercise of discretion, to the extent of vacating the adjudication of contempt of court, and as so modified affirmed, without costs and without disbursements. This record does not establish willful failure and refusal to make the required payments. Moreover, the plaintiff did not apply for an order of commitment. Concur — Botein, P. J., Stevens, Steuer, Rabin and McNally, JJ.